**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
SARA D. COPE, ESQ. (10329)
WESLEY J. SMITH, ESQ. (11871)
7440 W Sahara Ave.
Las Vegas, NV 89021
PH: (702) 255-1718
FAX: (702) 255-0871
kbc@cjmlv.com, sdc@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> PEPCO FLOORING, INC., *et al.*, <br><br> Defendants. | CASE NO.: 2:12-cv-01050-JCM-GWF <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF JACK STONE** <br><br> DATE: N/A <br> TIME: N/A |

Plaintiffs, Employee Painters' Trust, *et al.*, acting by and through its attorneys, and Defendant Jack Stone, proceeding pro se, hereby Stipulate and Agree as follows:

1. The claims asserted against Defendant Jack Stone are dismissed with prejudice;

2. The Motion for Summary Judgment Against Defendant Jack Stone [Doc. 47] is hereby withdrawn and moot; and

3. Each Party shall bear its own attorney's fees and costs.

DATED: February 5, 2015

CHRISTENSEN JAMES & MARTIN

By: /s/ Wesley J. Smith
Wesley J. Smith, Esq.
Nevada Bar No. 11871
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiffs*

DATED: 2/6/, 2015

JACK STONE

By: /s/ Jack Stone
Jack Stone
*Pro Se*

-1-

1
2                                    **ORDER**
3        Good cause appearing, **IT IS SO ORDERED.**
4
   Dated: February 23, 2015.
5
                                          _____
6                                         UNITED STATES DISTRICT JUDGE
7
...
28
                                        -2-

**CERTIFICATE OF SERVICE**

I am an employee of Christensen James & Martin. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to Local Rule LR 5-4 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties through the Notice of Electronic Filing automatically generated by the Court.

☒ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties listed on the attached service list at their last-known mailing address.

☒ EMAIL: By sending the above-referenced document via email to those persons listed on the attached service list at the email addresses set forth thereon.

Jack Stone
385 Roydale Ave
Las Vegas, NV 89103
Email: jtstoneiii@gmail.com
*Appearing Pro Se*

**CHRISTENSEN JAMES & MARTIN**

By: /s/ *Natalie Saville*

-3-